RECEIVED
JAN 27 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN WOLMARK,

        Defendant.

**ORDER MODIFYING CONDITIONS OF RELEASE**

Mag. No. 13-2550 (DEA)

## ORDER

This matter being open to the Court on the application of defendant, Martin Wolmark (Marc Agnifilo, Esq., appearing), and in the presence of the United States of America (AUSA Joseph Gribko, appearing) having no opposition, and for good cause shown, IT IS ORDERED THAT:

The prior Order Setting Conditions of Release is amended to include, in addition to pre-existing conditions of release, the additional condition that Martin Wolmark may leave his home for the specific purpose of traveling to and remaining at Yeshiva Shaarei Torah located at 91 West Carlton Road in Suffern, New York 10901 ("the school) between the hours of 11 AM and 7 PM Sunday through Friday;

In addition, Martin Wolmark may travel to locations other than the school with the prior approval of Pre-Trial Services.

SO ORDERED:

Dated: January 27, 2014
      Newark, NJ

                                        Honorable Douglas E. Arpert
                                        United States Magistrate Judge

Marc Agnifilo, Esq.
Attorney for Martin Wolmark

AUSA Joseph Gribko