```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.          Date: December 16, 2014

TITLE OF CASE:                            CR.3:14-287(FLW)
vs.

MENDEL EPSTEIN-01
MARTIN WOLMARK-02
JAY GOLDSTEIN-03
DAVID ARYEH EPSTEIN-04
BINYAMIN STIMLER-05
MORDECHAI EICHENTHAL-06

APPEARANCES:
R. Joseph Gribko, AUSA & Sarah M. Wolfe, AUSA for Government.
Robert G. Stahl, Esq., Esq for Defendant Mendel Epstein-01
Benjamin Brafman, Esq., Nicholas C. Harbist, Esq. & Stephen M.
Orlofsky, Esq. for deft. Martin Wolmark-02
Aidan P. O'Connor, Esq. for Deft. Jay Goldstein-03
Henry E. Mazurek, Esq. for Deft. David Aryeh Epstein-04
Nathan Lewin,Esq. for Deft. Binyamin Stimler-05
Noah Shelanski, Esq. for Deft. Mordechai Eichenthal-06

NATURE OF PROCEEDINGS:

STATUS CONFERENCE HELD IN CHAMBERS(Not on the record)
Additional motion schedule set:
404B Motions to be filed by 1/5/2015.
104 Hearing set for 1/27/15 at 10:00 re: Identification of witness.
Hearing date set for 1/28/15 at 10:00 for Religious Freedom
Restoration Act.


TIME COMMENCED: 2:00 P.M.
TIME ADJOURNED: 4:00 P.M.                 s/Jacqueline Gore
TOTAL TIME: (2)                           Deputy Clerk
```