RECEIVED
FEB 0 9 2015
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN WOLMARK,<br><br>Defendant | Criminal No. 3:14-287 (FLW) |

## AMENDED ORDER ALLOWING DEFENDANT, MARTIN WOLMARK, TO TRAVEL TO ISRAEL TO ATTEND FUNERAL OF HIS MOTHER

**THIS MATTER** having come before the Court upon the Motion of Defendant, Martin Wolmark, to modify the conditions of his bail to allow him to travel from the United States to Israel and return for the sole purpose of attending the funeral of his mother,

Stephen M. Orlofsky, Esq., Blank Rome LLP, appearing for Defendant, Martin Wolmark, R. Joseph Gribko, Esq., Assistant United States Attorney, appearing for the United States of America, and

The Court having considered the oral arguments of counsel during a telephone conference call on the evening of Friday, January 30, 2015, and good cause having been shown, it is hereby:

**ORDERED** that the Defendant Martin Wolmark's Motion to Modify the Conditions of His Bail to allow him to travel to Israel to attend the funeral of his mother is hereby **GRANTED** on the following terms and conditions:

1. In addition to the other conditions of bail previously ordered by this Court, before Defendant, Martin Wolmark, departs the United States to attend the funeral of his mother in Israel, he must post an additional $500,000 in security as well as personal guarantees from two

different family members posting an additional $1.5 million in bail shall be executed and posted with the Clerk of the United States District Court for the District of New Jersey in Trenton;

2. This additional $2 million in bail shall be posted only for the period during which Defendant, Martin Wolmark, travels to and returns from the funeral of his mother in Israel. Once he returns to the United States from his mother's funeral in Israel, the additional security of $2 million shall be returned to him;

3. Defendant, Martin Wolmark, is permitted to travel from the United States to Israel to attend his mother's funeral and to return from Israel to the United States, and such travel shall be limited to a period of approximately 48 hours to only permit him to travel to the funeral in Israel and return to the United States;

4. Any passport issued from the United States Department of State to Martin Wolmark to permit him to travel to his mother's funeral in Israel shall be returned to the United States Pretrial Services Office within 24 hours of his return to the United States;

5. Mr. Wolmark shall notify Pretrial Services in advance of the travel and provide a copy of the travel itinerary with the flight schedule.

6. Upon his return to the United States from his mother's funeral in Israel, all prior conditions of bail established by this Court shall remain in effect;

 

*[signature]*

HON. DOUGLAS E. ARPERT,
United States Magistrate Judge

Dated: ___Feb. 9___, 2015