UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

February 17, 2015

OFFICE: TRENTON                                      DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON, U.S.D.J.

COURT REPORTER: Vincent Russoniello

Docket # 3:14- CR-287(FLW)

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.
MENDEL EPSTEIN-01
JAY GOLDSTEIN-03
DAVID ARYEH EPSTEIN-04
BINYAMIN STIMLER-05
    ALL PRESENT

APPEARANCES:
R. Joseph Gribko, AUSA & Sarah M. Wolfe, AUSA for Government.
Robert G. Stahl, Esq., for Defendant Mendel Epstein-01
Aidan P. O'Connor, Esq. for Deft. Jay Goldstein-03
Henry E. Mazurek, Esq. for Deft. David Aryeh Epstein-04
Gedalia Stern, Esq. for Nathan Lewin, Esq. for Deft. Binyamin Stimler-05

NATURE OF PROCEEDINGS:           MOTIONS

Hearing on Motion[216] by Defendant David Epstein to Vacate Severance Order Re: Count Four.
Court Ordered Motion is granted.
Frye hearing as to defendant Binyamin Stimler held.
Frye hearing as to defendant David Epstein held.
Hearing continued on [167] Re: Motion to Suppress Out-of-Court Identifications.
Court Denied in part as to I.M.
Court Reserved in part as to M.T.
Additional briefing to be submitted.

Trial with jury to begin February 18, 2015 at 9:30 A.M.

Time commenced: 11:00 A.M.    Time Adjourned:    1:00 P.M.

*s/Jacqueline Gore*
DEPUTY CLERK